IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

FULGENCIO SANTILLANO-SOTO,

      Plaintiff,

v.

JBS USA, LLC,

      Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and D.C.COLO.LCivR 81.1, Defendant JBS USA, LLC ("Defendant"), through its undersigned counsel, hereby removes this civil action from the District Court, Weld County, Colorado, to the United States District Court for the District of Colorado, and further states as follows:

    1.    Plaintiff filed a Complaint with the District Court, Weld County, Colorado on August 15, 2011. This Complaint was not served upon Defendant. Plaintiff filed a First Amended Complaint on or around January 18, 2012, for which Defendant accepted service on January 18, 2012. Plaintiff filed a Second Amended Complaint on February 1, 2012, which has not yet been served upon Defendant. A copy of the Complaint is attached as Exhibit A, a copy of the Summons and First Amended Complaint are attached as Exhibit B, and a copy of the Second Amended Complaint is attached as Exhibit C.

2. This action is currently pending as Case Number 2011CV792 in the District Court, Weld County, Colorado, which is in the district of the United States District Court for the District of Colorado.

3. Defendant has not yet pleaded or answered in the District Court, Weld County, Colorado because a responsive pleading is not yet due.

4. The attached pleadings are the only pleadings that have been filed in the state court, as far as undersigned counsel is aware. Pursuant to D.C.COLO.LCivR 81.1, undersigned counsel states that no hearings have been set in the state court, as far as he is aware.

5. In his Second Amended Complaint, Plaintiff alleges that Defendant discriminated against him in violation of "Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16, and the Civil Rights Act of 1991." Sec. Am. Compl. ¶ 1.1. These claims arise under the laws of the United States of America.

6. In addition, Plaintiff asserts a state law employment discrimination claim under C.R.S. § 24-34-402. Sec. Am. Compl. ¶¶ 1.5, 5.1. Plaintiff also appears to assert a common law claim for negligence. Compl. ¶¶ 1.3, 6.1-6.5.

7. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331, and the action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441. Jurisdiction is present pursuant to 28 U.S.C. § 1331 because Plaintiff's claims pursuant to "Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-16, and the Civil Rights Act of 1991," set forth in Plaintiff's Second Amended Complaint, are founded on claims or rights arising under the Constitution, treaties or laws of the United States, and render this action a civil

action of which the United States District Court has original jurisdiction.  Supplemental jurisdiction exists over Plaintiff's non-federal claims pursuant to 28 U.S.C. § 1367 and the entire case is therefore subject to removal.

       8.       Defendant has complied with the applicable requirements of 28 U.S.C. § 1446(a) and (b).

       9.       Promptly after filing this Notice of Removal, Defendant will give written notice of the filing to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the District Court, Weld County, Colorado, as required by 28 U.S.C. § 1446(d).  A copy of that Notice (without exhibits) is attached hereto and marked as Exhibit D.

      10.      In filing this Notice of Removal, Defendant does not waive any defense that may be available to it.

WHEREFORE, Defendant prays that the above-captioned suit pending in the District Court, Weld County, Colorado, be removed to this United States District Court for the District of Colorado, that this Court proceed with the handling of the case as if it had been originally filed herein, and that further proceedings in the District Court, Weld County, Colorado action be stayed.

DATED this 7th day of February, 2012.

Respectfully submitted,

s/ *W.V. Bernie Siebert*
W. V. Bernie Siebert
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Tel: (303) 299-8222
Fax: (303) 298-0940
bsiebert@shermanhoward.com


s/ *Sarah R. Peace*
Sarah R. Peace
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO  80202
Tel: (303) 299-8284
Fax: (303) 298-0940
speace@shermanhoward.com

*Attorneys for Defendant*


**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2012, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Miguel R. Velasco
4800 Wadsworth Blvd.
Suite 218
Wheat Ridge, CO 80033


s/ *Kris Kirkpatrick*