# EXHIBIT A

Case No. 1:12-cv-00330-LTB-MJW    Document 3    filed 02/07/12    USDC Colorado    pg 1 of 3

| | EFILED Document – District Court |
|---|---|
| DISTRICT COURT, COUNTY OF WELD, STATE OF COLORADO<br><br>COURT ADDRESS::<br><br>901 9th Ave<br>Greeley CO 80631 | 2011CV792<br>CO Weld County District Court 19th JD<br>Filing Date: Aug 15 2011 6:48AM MDT<br>Filing ID: 39271169 |
| Plaintiff: Fulgencio Santillano Soto<br>v.<br><br>Defendants: JBS Swift & Co. | **COURT USE ONLY** |
| Attorney or Party Without Attorney (Name and Address):<br>Miguel R. Velasco<br>2231 Fderal Blvd, Denver, CO 80211<br><br>Phone Number: 720-629-4916<br>Email:<br>Fax Number:                          Atty. Reg. #: 27708 | Case Number:<br><br><br>Division        Courtroom |
| **COMPLAINT** | |

The plaintiff, Fulgencio Santillano Soto, through his attorney, Miguel R. Velasco, files this complaint against the above named defendant.

## I. JURISDICTION AND VENUIE

1. The Weld District Court has jurisdiction and venue is proper in this Court because all events hereinafter described which gave rise to this action, and all events involved in this action occurred in the Greeley, Colorado which is located in Weld county.

## II. PARTIES

2. At all times stated in this complaint, the plaintiff was a resident of the Weld County, was attacked and injured at JBS Swift and Co.

3. At all times stated in this complaint the defendant JBS Swift and Co. was a corporate entity organized under the laws of the State of Colorado, and was the employer of the perpetrator and employees acting in the scope of their employment while violating the rights of plaintiff.

## III. PLAINTIFF'S FIRST CLAIM FOR RELIEF

4. On or about October 1, 2010, an employee of JBS Swift & Co did subject plaintiff to unlawful physical and psychological harm in the parking lot at JBS Swift & Co. while plaintiff was leaving work.   Security should have monitored the parking lot.

5. The defendant negligently failed to protect plaintiff from acts committed against plaintiff described in paragraph 4 above.   The defendant could have and should have prevented harm to plaintiff.

1

6. As a proximate result of the acts described in paragraph 4 above and the negligence of the defendants as stated in paragraph 5 above, plaintiff was so severely traumatized, and was in such physical and mental pain requiring that he be taken to plaintiff's primary physician for treatment.

7. Plaintiff continues to suffer to this date, and will continue to suffer in the future extreme physical and mental pain, severe emotional distress, all as a proximate result of the acts and the negligence of the defendants described in this complaint.

8. Plaintiff has suffered damages in an amount to be proved at a trial of this case.

### IV. PLAINTIFF'S SECOND CLAIM FOR RELIEF
(First, Fifth, and Fourteen Amendments to the U.S. Constitution)

9. Plaintiff refers to paragraphs 1 to 8 inclusive of this complaint, and by such reference incorporates the allegations contained in said paragraphs.

10. In the alternative, all the actions of the defendants above alleged, defendants acted under color of law and intentionally deprived plaintiff of life, liberty, happiness, safety and due process and equal protection guaranteed to him by the Constitution of the United States, all in violation of 42 U.S.C. section 1983.

11. Plaintiff was suspended and or terminated due to his race. The other individual was permitted to work and was not terminated until notice was given to EEOC and other employees demanded his termination. This disparity based on race is contrary under color of law and intentionally deprived plaintiff of life, liberty, happiness, safety and due process and equal protection.

WHEREFORE, plaintiff request that upon plaintiff's complaint, the Court enter judgment in favor of plaintiff and against the defendant in such amount as the evidence shall show at a trial of this case that plaintiff is entitled to recover, and for interest and costs as provided by law.

Respectfully submitted this 15th day of August 2011.

/s/Miguel R. Velasco (original signature on file)
Miguel R. Velasco,            27708
Attorney for Plaintiff
2231 Federal Blvd
Denver, CO 80211
303-629-4916


Plaintiff's Address: 3401 COLLINS AVE, Evans, CO 80620

2