**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  12-cv-00330-LTB-MJW

FULGENCIO SANTILLANO-SOTO,

       Plaintiff,

v.

JBS USA, LLC,

       Defendant.

---

### ORDER OF DISMISSAL
---

THIS MATTER having come before the Court on the Stipulated Notice of Dismissal (Doc 17 - filed April 17, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   April 18, 2012